IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-01454-WDM-PAC

COLORADO RIGHT TO LIFE COMMITTEE, INC., et al.,

    Plaintiffs,

v.

DONETTA DAVIDSON,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    The joint motion to file supplemental authorities is granted.


Dated: August 9, 2005

                                                /s/ Jane Trexler, Secretary/Deputy Clerk